# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of March, two thousand twenty-six,

_____

| | |
|---|---|
| Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., Eton Park Fund, L.P., <br><br>      Plaintiff - Appellees, <br><br>  v. <br><br> Argentine Republic, <br><br>      Defendant - Appellant, | **PER CURIAM** <br> **ORDER\*** <br> Docket No. 25-2363 |

_____

     Appellant Argentine Republic filed a motion to stay post-judgment discovery pending appeal of the final judgment (Dkt. No. 23-7376) or, in the alternative, a stay of further proceedings relating to the personal device order pending appeal of that order (Dkt. No. 25-2363).  The panel has voted to grant the motion to stay post-judgment discovery and further proceedings in the district court pending appeal of the judgment in No. 23-7376, and the panel sua sponte has determined to hold the appeal of No. 25-2363 in abeyance pending the determination of the merits appeal in No. 23-7376.

     IT IS HEREBY ORDERED that the motion is GRANTED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court



_____

\* The members of the panel will be disclosed at a later date for purposes of the merits argument.